United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Southern Gear & Machine, Inc., Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 22-21599-Civ-Scola ) |
| Dia Sales Company, Inc. and Timothy Matook, Defendants. | ) ) ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Goodman for a report and recommendation on Counterclaim Plaintiff Timothy Matook's motion to strike affirmative defenses to the counterclaim. (ECF No. 48.) On November 9, 2022, Judge Goodman issued a report, recommending that the Court grant in part and deny in part the motion. (Report & Recommendations, ECF No. 60.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 60**). The Court **grants in part** Matook's motion with regards to Counterclaim Defendant Southern Gear & Machine, Inc.'s, Eighth Affirmative Defense and **strikes in part** the portions of the Eighth Affirmative Defense that raise the defenses of laches and waiver. The Court **denies** Matook's motion with respect to the remaining challenged affirmative defenses (the Fourth, Fifth, Sixth, Ninth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, and Seventeenth Affirmative Defenses).

**Done and ordered** in Miami, Florida, on November 28, 2022.

_____
Robert N. Scola, Jr.
United States District Judge